1  MARY KATE SULLIVAN (State Bar No. 180203)
   mks@severson.com
2  ERIK KEMP (State Bar No. 246196)
   ek@severson.com
3  TARA MOHSENI (State Bar No. 313080)
   tm@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
6  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439

8  Attorneys for Defendant
   WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD JACOBIK, an individual; CHRISTINE JACOBIK, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> WELLS FARGO BANK, N.A.; and DOES 1-100, inclusive, <br><br> Defendants. | Case No. 3:17-cv-05121-LB <br><br> MODIFIED [PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME PURSUANT TO L.R. 6-2 RE: MOTION TO DISMISS <br><br> Date:  October 19, 2017 <br> Time:  9:30 a.m. <br> Crtrm.: C <br> Judge: Hon. Mag. Judge Laurel Beeler |

55000.2163/10909726.1                                                                4:17-cv-05121-LB

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME PURSUANT TO L.R. 6-2 RE: MOTION TO DISMISS

1 | For the reasons stated in the stipulation to extend time to file supplemental briefing, filed
2 | by Defendant Wells Fargo Bank, N.A., and good cause appearing:

IT IS HEREBY ORDERED as follows:

1. Plaintiffs' opposition to Defendants' motion to dismiss shall be continued from September 22, 2017 to October 2, 2017.

2. Defendant's deadline to file their reply, if any, shall be continued from September 29, 2017 to October 9, 2017.

IT IS SO ORDERED AS MODIFIED

DATED: September 20, 2017

_____
Honorable Laurel Beeler
United States Magistrate Judge

The court sets the motion hearing for October 26, 2017, at 9:30 a.m. The current schedule does not allow the customary two weeks between briefing and hearing.